# United States Bankruptcy Court
## District of Massachusetts

In re  **Joe Tecce, Inc.**

Debtor(s)

Case No. 11-15320

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, Salvatore Tecce, the Treasurer and Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: June 7, 2011

/s/ Salvatore Tecce

**Salvatore Tecce**/ Treasurer/Chief Financial Officer
Signer/Title

Tecce CREDITOR matrix address list.TXT

Acardi & Sons
85 Commercial Street
Medford, MA 02155

Advanced Elevator Technologies
407R Mystic Avenue, Unit 18
Medford, MA 02155

Aguire, Effrain
293 Meridian Street
#1
Boston, MA 02128

All Checks Cashed, Inc.
12 UnionSquare
Somerville, MA 02143

Allied Elevator Group, Inc.
P.O. Box 1014
Middleton, MA 01949

Allstate Fire Equipment
P.O, Box 1025
Lynn, MA 01901

Amanda Crisafi
183 Endicott Street
Boston, MA 02113

American Check Cashing
113 Mount Auburn Street
Watertown, MA 02472

Andrade, Carolina
175 Elm Street
#1
Cambridge, MA 02139

Avelar, Elvira E.
37 Murray Street
Chelsea, MA 02150

Bakkal, Ameur
139 Kimball Avenue
Revere, MA 02151

Bindi Dessert Services
43-45 Long Drive
Framingham, MA 01702

Boston Check Cashers, Inc.
610 Blue Hill Avenue
Boston, MA 02121

Boston Globe
P.O. Box 55819
Boston, MA 02205

Boston Water & Sewer Commission
980 Harrison Avenue
Boston, MA 02119

```
                        Tecce CREDITOR matrix address list.TXT
Burke Distributing
89 Teed Drive
Randolph, MA 02368

Busch & Co.
440 Riverside Avenue
Medford, MA 02155

Calidonna Veal
23 Aixen Avenue
Lowell, MA 01850

Carolina Wine Company
975 University Avenue
Norwood, MA 02062

Castaneda, Juan E.
1 Atlantic Avenue
#3
Revere, MA 02151

Castaneda, Sandra M.
9 Hawthorne Place
4G
Boston, MA 02114

CCR Data Systems, Inc.
128 Airport Road
Concord, NH 03301

Chapdelaine Law Offices
55 Union Street, Suite 303
Boston, MA 02108

Cirelli Foods, Inc.
30 Commercial Boulevard
Middleboro, MA 02346

City of Boston
P.O. Box 6279
Boston, MA 02114

City of Boston
One City Hall Square
Boston, MA 02201

City of Boston - Permits
Treasury Department
P.O. Box 9715
Boston, MA 02114

City of Boston - Public Works Dept
One City Hall Square Rm 715
Boston, MA 02201

Comcast
P.O. Box 1577
Newark, NJ 07101

Commonwealth of Massachusetts
Division of Unemployment Assistance
Bankruptcy Unit, 5th Floor
19 Staniford Street
                                              Page 2
```

Tecce CREDITOR matrix address list.TXT

Boston, MA 02114

Digicomm Inc.
84 Leonard Street
Norton, MA 02766

DMX Music
P.O. Box 660557
Dallas, TX 75266

Eastern Baker's Supply
145 North Washington Street
Boston, MA 02114

Ecolab
P.O. Box 905327
Charlotte, NC 28290

Esther Coelho
165 Forest Street
Medford, MA 02155

Estrada, Mayra
77 Library Street
#3
Chelsea, MA 02150

Fantry, Brian P.
176 Elm Street
#1
Everett, MA 02149

Fitzgerald, Annette
205 Endicott Avenue
Revere, MA 02151

Fliter King, Inc.
50 Gold Street
Boston, MA 02127

Gamit Signs
24 Spencer Street
Stoneham, MA 02160

Garcia, Jose
28 Malden Street
Everett, MA 02149

Garcia, Pedro S.
262 Washington Street
#2
Chelsea, MA 02150

Garment Machinery Co., Inc.
220-20 Reservior Street
Needham Heights, MA 02494

GCS Services, Inc.
24673 Network Place
Chicago, IL 60673

General Environment Services
930 Eastern Avenue

Tecce CREDITOR matrix address list.TXT

Malden, MA 02148

Gonzalez, Abigail
66 Clark Avenue
Chelsea, MA 02150

Gorham Fire Appliance Co.
288 Willard Street
Quincy, MA 02169

Granadios, Juana
369 Meridian Street
#2
Boston, MA 02128

Guerra, Elmer
12 Central Avenue
Chelsea, MA 02150

Hall, RA & Co.
183 State Street
Charlestown, MA 02129

Hayes, Georgette
33 Cresent Avenue
Revere, MA 02151

Horizon Beverage Company
P.O. Box 1010
Brockton, MA 02403

Independent Newspaper Group, LLC
P.O. Box 380
Revere, MA 02151

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Interstate Coffee Service
43 Norfold Street
South Easton, MA 02375

J.M. Mechanical Services, Inc.
172 Orleans Street
Boston, MA 02128

Kamal, Hanna
9 Crocker Street
#1
Somerville, MA 02143

KSM Staffing
P.O. Box 121127
Boston, MA 02112

Leal, Victor
52 Westland Avenue
Boston, MA 02115

Lenox-Martell, Inc.
89 Heath Street
Jamaica Plain, MA 02130

```
                    Tecce CREDITOR matrix address list.TXT
Logan Glass
340 Chelsea Street
Boston, MA 02128

Lopez, Juan A.
120 Thornton Street
#2
Revere, MA 02151

Mabe, Christine D.
108 Quincy Avenue
Winthrop, MA 02152

Mallahan, Justin C.
33 Blakeslee Street
Cambridge, MA 02138

Marooquin, Gabriel
147 Washington Street
#3
Chelsea, MA 02150

Marsinelli, Amy K.
84 N. Margin Street
#2
Boston, MA 02113

Mass Hauling Disposal & Recycling Svcs
200 Libbey Industrial Parkway
East Weymouth, MA 02189

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Massachusetts Lottery
60 Columbian Street
Braintree, MA 02184

McCarthy, Joanne
828 E. 5th Street
South Boston, MA 02127

McCluskey, Mark C.
11 Cross Street
Harwich Port, MA 02646

McGuire, Valerie
2697 Hartford Avenue
Johnston, RI 02919

McHugo, Kevin M.
114 Billing Road
Quincy, MA 02171

MD Cleaning, Inc.
PMB # 333
198 Tremont Street
Boston, MA 02116

Mejia, Luis E.
                                             Page 5
```

Tecce CREDITOR matrix address list.TXT

P.O. Box 315
Boston, MA 02128

Metro Swift Sprinkler Corp.
58 R. Pulaski Street
Peabody, MA 01960

Michelle Holdings LLC
c/o Metric Construction Corp.
55 Henshaw Street
Brighton, MA 02135

Mintz Levin, Cohn, Ferris & Popeo, P.C.
Attention Keith P. Carroll, ESq.
One Financial Center
Boston, MA 02111

Napolitano, Carmine
17 Jupiter Drive
Saugus, MA 01906

National Grid
P.O. Box 4300
Woburn, MA 01888

NIASHF, New England Chapter
P.O. Box 130135
Boston, MA 02113

North End News
287 Hanover Street
Boston, MA 02113

NSTAR
P.O. Box 660369
Dallas, TX 75266

Papalli, Bianca D.
51 Porter Street
#2
Malden, MA 02148

Parziale's Bakery
80 Prince Steret
Boston, MA 02113

Peterson Partycenter, Inc.
139 Swanton Street
Winchester, MA 01890

Preferred Mechanical Services, Inc.
223 Center Street
Pembroke, MA 02359

Puritan Ice Cream Co., Inc.
3895 Washington Street
Roslindale, MA 02131

Ramirez, Tono
147 Meridian Street
#5

```
                         Tecce CREDITOR matrix address list.TXT
Boston, MA 02128

Reyes, Teresa
42 Baker Street
#1
Lynn, MA 01902

Riley & Denver, P.C.
Attn:  Joseph Denver
210 Broadway, Suite 101
Lynnfield, MA 01940

Rinaldi, Nicole A.
19 Pines Road
Revere, MA 02151

Ringor, Nikanor
41 Glenwood Road
Somerville, MA 02145

Rosemary Traini, Esq.
858 Washington Street, Suite 201
Dedham, MA 02026

Salvatore Tecce
61 North Washington Street
Boston, MA 02114

Sir Speedy Printing
98 No. Washington Street
Boston, MA 02114

Sprint PCS
PO Box 4181
Carol Stream, IL 60297

Suburban Supply
P.O. Box 2606
Westwood, MA 02090

Sunny's Seafood
Bay One Boston Fish Pier
Boston, MA 02210

Supresco Grinding Service
34 Sullivan Road
Unit 11
North Billerica, MA 01862

SyscoBoston, LLC
380 South Worcester Street
Norton, MA 02766

T. K. Kinnealey & Co., Inc.
P.O. Box 847191
Boston, MA 02284

Tecce Family Realty Trust
c/o Dimento & Sullivan
7 Faneuil Hall Marketplace
Boston, MA 02109

United Liquors, Ltd
                                               Page 7
```

```
                    Tecce CREDITOR matrix address list.TXT
P.O. Box 367
West Bridgewater, MA 02379

USS Constitution Museum
P.O. Box 1812
Charlestown, MA 02129

Vaquerano, Maria S.
401 Chelsea Street
#3
Boston, MA 02128

Vaquerano-Hernandez, Juan F.
22 Janvrin Avenue
#1
Revere, MA 02151

Verizon
P.O. Box 1100
Albany, NY 12250

Waste Management
P.O. Box 13648
Philadelphia, PA 19101

Wayne Alarm Systems, Inc.
424 Essex Street
Lynn, MA 01902

Williams, Janice
133 South Street
Randolph, MA 02368
```